IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

---

In re

WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1]

Debtors.

---

: Chapter 11
:
: Case No. 19-12521-JDL
:
: Jointly Administered

## NOTICE OF BID DEADLINE EXTENSION AND REVISED AUCTION DATE AND SALE HEARING

**PLEASE TAKE NOTICE** that on July 12, 2019, the Court entered the *Order (A) Approving Bid Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing and (E) Approving Assumption and Assignment Procedures* (the "Bid Procedures Order").[2] The Bid Procedures Order set August 20, 2019 at 12:00 p.m. (Central Daylight Time) as the Bid Deadline, August 27, 2019 as the date of the Auction and September 12, 2019 at 9:30 a.m. (Central Daylight Time) as the date and time of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline has been extended to **12:00 p.m. (Central Daylight Time) on September 5, 2019**.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors"). The Debtors' corporate headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

[2] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Auction has been rescheduled for **September 11, 2019** in Oklahoma City, Oklahoma.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing shall be held in the United States Bankruptcy Court for the Western District of Oklahoma, 2nd Floor Courtroom, 215 Dean A. McGee Avenue, Oklahoma City, OK 73103, on **September 26, 2019 at 10:00 a.m. (Central Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that as set forth in paragraph 10 of the Bid Procedures Order, objections to the sale must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) be filed with the Court by no later than seven days prior to the Sale Hearing at 4:00 p.m. (Central Daylight Time) and (d) be served upon the Objection Notice Parties so as to be actually received no later than the Sale Objection Deadline. The Sale Objection Deadline is thus **September 19, 2019 at 4:00 p.m. (Central Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to continue, accelerate or adjourn the Bid Deadline, Auction and Sale Hearing.

| | |
|---|---|
| Dated: August 26, 2019<br>Oklahoma City, Oklahoma | */s/ John D. Dale*<br>John D. Dale, OBA No. 19787<br>GABLEGOTWALS<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, Oklahoma 74103-4217<br>Telephone: (918) 595-4800<br>Fax: (918) 595-4990<br>Email: jdale@gablelaw.com<br><br>-and-<br><br>*/s/ Craig M. Regens*<br>Craig M. Regens, OBA No. 22894<br>GABLEGOTWALS<br>One Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma  73102 |

Telephone:   (405) 568-3313
Facsimile:    (405) 235-2875
cregens@gablelaw.com

-and-

Andrew G. Dietderich, NY Bar 2850584
Brian D. Glueckstein, NY Bar 4227005
Alexa J. Kranzley, NY Bar 4707386
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:     (212) 558-3588
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Co-Counsel to the Debtors*