**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

```
—————————————————————————————— x
                                :
In re                           :          Chapter 11
                                :
WHITE STAR PETROLEUM HOLDINGS, LLC, :      Case No. 19-12521-JDL
et al.,¹                        :
                                :          Jointly Administered
                     Debtors.   :
—————————————————————————————— x
```

**NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 26, 2019 AT 10:00 A.M. (CT)**

I.    <u>Adjourned Matters</u>

    1.    Motion of the Official Committee of Unsecured Creditors for an Order
          Compelling Debtors and Debtors' Former Chief Financial Officer, Ricky Pollot,
          to Appear for Bankruptcy Rule 2004 Examination and Produce Documents in
          Connection Therewith With Brief in Support and Notice of Opportunity for
          Hearing [Doc. 246]

          <u>Response/Objection Deadline</u>:     August 8, 2019 at 4:00 p.m. (CT) and
                                           adjourned for the Debtors by agreement of
                                           the parties

          <u>Responses/Objections Received</u>:   None

          <u>Related Documents</u>:               None

          <u>Status</u>:     By agreement of the parties, the matter is adjourned to the October
                       17, 2019 omnibus hearing.

---

¹    The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer
     identification numbers are: White Star Petroleum Holdings, LLC (0575) ("<u>WSTR
     Holdings</u>"), White Star Petroleum, LLC (0977) ("<u>WSTR</u>"), White Star Petroleum II, LLC
     (4347) ("<u>WSTR II</u>"), White Star Petroleum Operating, LLC (5387) ("<u>WSTR Operating</u>") and
     WSP Finance Corporation (9152) ("<u>WSP Finance</u>" and together with WSTR Holdings,
     WSTR, WSTR II and WSTR Operating, the "<u>Debtors</u>").  The Debtors' corporate
     headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

²    **Amended items appear in bold.**

2.      Class Claimants' Amended Motion for Leave to File Class Proofs of Claim and Notice of Opportunity for Hearing [Doc. 446]

        Response/Objection Deadline:      September 19, 2019 at 4:00 p.m. (CT) and adjourned to October 10, 2019 at 4:00 p.m. (CT) for all parties

        Responses/Objections Received:      None

        Related Documents:      None

        Status:      By agreement of the parties, the matter is adjourned to the October 17, 2019 omnibus hearing.

3.      Amended Motion for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed, with Brief, and Notice of Opportunity for Hearing [Doc. 462]

        Response/Objection Deadline:      September 19, 2019 at 4:00 p.m. (CT); reply deadline September 24, 2019 at 4:00 p.m. (CT)

        Responses/Objections Received:

        i.      Objection of the Debtors to the Amended Motion of Superior Pipeline Company, L.L.C. for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed [Doc. 596]

        ii.      Joinder of the Official Committee of Unsecured Creditors in Debtors' Objection to Amended Motion of Superior Pipeline Company, L.L.C. for Relief from Stay to Allow Civil Litigation to Proceed [Doc. 602]

        Related Documents:

        i.      Motion for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed, with Brief, and Notice of Opportunity for Hearing [Doc. 460]

        Status:      By agreement of the parties, the matter is adjourned to the October 17, 2019 omnibus hearing.

## II.   **Resolved Matters**

1.      Amended Motion to Modify Automatic Stay Against Debtor in State Court for Recovery of Applicable Policies of Insurance Only and for Order Directing Abandonment with Brief in Support and Notice of Opportunity for Hearing [Doc. 459]

-2-

<u>Response/Objection Deadline</u>:        September 19, 2019 at 4:00 p.m. (CT)

<u>Responses/Objections Received</u>:    None

<u>Related Documents</u>:

i.        Motion to Modify Automatic Stay for Recovery of Damages Against Debtor's Policies of Insurance with Brief in Support and Notice of Opportunity for Hearing [Doc. 448]

ii.       Amended Motion to Modify Automatic Stay for Recovery of Damages Against Debtor's Policies of Insurance with Brief in Support and Notice of Opportunity for Hearing [Doc. 449]

iii.      Agreed Order on Motion to Modify Automatic Stay Against Debtor in State Court for Recovery of Applicable Policies of Insurance Only and for Order Directing Abandonment with Brief in Support and Notice of Opportunity for Hearing [Doc. 619]

<u>Status</u>:        On September 23, 2019, the Court entered the order as agreed to by the parties.  Consequently, no hearing with respect to this matter is required.

## III.    **Matters Going Forward**

1.       Debtors' Restated Motion for Entry of Orders (I)(A) Approving Bid Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing and (E) Approving Assumption and Assignment Procedures and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases with Notice of Opportunity for Hearing and Notice of Hearing [Doc. 86]

<u>Response/Objection Deadline</u>:        September 19, 2019 at 4:00 p.m. (CT)

<u>Responses/Objections Received</u>:

i.        Silverthorne Seismic, LLC's Objection to Assumption and Assignment of License Agreements for Seismic Data in Proposed Sale of Assets with Brief in Support [Doc. 521]

ii.       The TGS Entities' Limited Objection to Debtors' Notice of Successful Bidder, Proposed Transaction Documents and Proposed Sale Order [Doc. 584]

SC1:5033979.1

iii.    Limited Objection and Reservation of Rights of Seitel Data, Ltd. and Affiliates to Debtors' Motion for Entry of an Order Approving the Sale of Certain Assets and Related Relief, with Brief in Support [Doc. 585]

iv.     Objection of Chaparral Energy, L.L.C. to Notice of Successful Bidder, Proposed Transaction Documents and Proposed Sale Order [Doc. 588]

v.      Objection of Tiptop Energy Production US LLC to Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Doc. 589]

vi.     Objection of the Commissioners of the Land Office of the State of Oklahoma to Debtors' Restated Bid Procedures Motion, with Brief in Support [Doc. 590]

vii.    Katherine L. Burkhlter's Objection to Sale of Assets and Notice to Parties [Doc. 594]

viii.   Objection of SK Nemaha, LLC, and SK Plymouth, LLC, to Debtors' Motion for Entry of an Order Approving the Sale of Certain Assets and Related Relief, with Brief in Support [Doc. 595]

ix.     Notice of Perfection, Continuation, or Maintenance of Statutory Oil & Gas Liens Pursuant to 11 U.S.C. § 546(b); Objection to Sale of Assets Free and Clear of Liens [Doc. 597]

x.      Baker Hughes Oilfield Operations, LLC's Limited Objection to Debtors' Requests for Entry of Order Authorizing (A) the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith with Certificate of Service [Doc. 598]

xi.     Notice of Perfection, Continuation, or Maintenance of Statutory Oil & Gas Liens Pursuant to 11 U.S.C. § 546(b) and Objection to Sale of Assets Free and Clear of Liens [Doc. 599]

xii.    Enlink Oklahoma Gas Processing, LP's Objection to Proposed Sale of Assets Free and Clear of Property Interests and Contract Objection [Doc. 600]

xiii.   Limited Objection to the Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Doc. 601]

SC1:5033979.1

xiv.  Notice of Perfection, Continuation, or Maintenance of Statutory Oil & Gas Liens Pursuant to 11 U.S.C. § 546(b); Objection to Sale of Assets Free and Clear of Liens [Doc. 605]

xv.  Notice of Perfection, Continuation, or Maintenance of Statutory Oil & Gas Liens Pursuant to 11 U.S.C. § 546(b) and Objection to Sale of Assets Free and Clear of Liens [Doc. 606]

xvi.  Joinder of Latshaw Drilling Company, LLC, and Mustang Heavy Haul, LLC, to Objection of Chaparral Energy, LLC, to Notice of Successful Bidder, Proposed Transaction Documents, and Proposed Sale Order [Doc. 627]

xvii.  Joinder of Latshaw Drilling Company, LLC, and Mustang Heavy Haul, LLC, to Baker Hughes Oilfield Operations, LLC's Limited Objection to Debtors' Request for Entry of Order [Doc. 628]

Related Documents:

i.  Motion for Entry of Orders (I)(A) Approving Bid Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing and (E) Approving Assumption and Assignment Procedures and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases [Doc. 63]

ii.  Order (A) Approving Bid Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Scheduling Auction for, and Hearing to Approve, Sale of Debtors' Assets, (D) Approving Form and Manner of Notices of Sale, Auction and Sale Hearing and (E) Approving Assumption and Assignment Procedures [Doc. 290]

iii.  Certificate of Service [Doc. 303]

iv.  Certificate of Service [Doc. 337]

v.  Notice of Bid Deadline Extension and Revised Auction Date and Sale Hearing [Doc. 440]

vi.  Notice of Auction Time and Location [Doc. 492]

vii.  Notice of Successful Bidder, Proposed Transaction Documents and Proposed Sale Order [Doc. 514]

-5-

viii.  Notice of Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Doc. 515]

ix.  Silverthorne Seismic, LLC's Witness and Exhibit List for Sale Hearing [Doc. 522]

x.  Order Granting Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(C) [Doc. 577]

xi.  The TGS Entities' Witness and Exhibit List for Sale Hearing [Doc 587]

xii.  Notice of Witness and Exhibit List of the Commissioners of the Land Office of the State of Oklahoma and Estimated Length of Time for Sale Hearing [Doc. 591]

xiii.  Enlink Oklahoma Gas Processing, LP's Notice of Witness and Exhibit List and Estimated Length of Time for Sale Hearing [Doc. 607]

xiv.  Chaparral's Witness and Exhibit List for Sale Hearing [Doc. 608]

xv.  Tiptop's Witness and Exhibit List for Sale Hearing [Doc. 609]

xvi.  Enlink Oklahoma Gas Processing, LP's Notice of Witness and Exhibit List and Estimated Length of Time for Sale Hearing [Doc. 610]

xvii.  Baker Hughes Oilfield Operations LLC's Witness and Exhibit List for Sale Hearing [Doc. 612]

xviii.  The Debtors' Witness and Exhibit Lists for September 26, 2019 Evidentiary Hearing [Doc. 616]

**xix.  Debtors' Omnibus Reply in Support of the Sale Motion [Doc. 637]**

**a.  Declaration of Morgan Suckow in Support of the Debtors' Restated Motion for an Order Authorizing (A) the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith [Doc. 637-1]**

**b.  Declaration of Jeffrey J. Zanotti in Support of the Debtors' Restated Motion for an Order Authorizing (A) the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith [Doc. 637-2]**

SC1:5033979.1

      c.   **Declaration of Edgar W. Mosley II in Support of the Debtors'
Restated Motion for an Order Authorizing (A) the Sale of the
Debtors' Assets Free and Clear of Liens, Claims, Interests and
Encumbrances and (B) the Assumption and Assignment of
Certain Executory Contracts and Unexpired Leases in
Connection Therewith [Doc. 637-3]**

      d.   **Declaration of Tom L. Ward in Support of Good Faith and
Adequate Assurance Findings in Proposed Order Authorizing
Debtors to Sell Assets to BCE-Mach LLC [Doc. 637-4]**

xx.   **Notice of Amendments to Proposed Order Authorizing (A) The Sale of
the Debtors' Assets Free and Clear of Liens, Claims, Interests and
Encumbrances and (B) the Assumption and Assignment of Certain
Executory Contracts and Unexpired Leases in Connection Therewith
[Doc. 638]**

Status:       This matter will be going forward on a contested basis.

-7-

Dated: September 24, 2019
Oklahoma City, Oklahoma

*/s/ John D. Dale*
John D. Dale, OBA No. 19787
GABLEGOTWALS
1100 ONEOK Plaza
100 West 5th Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Fax: (918) 595-4990
Email: jdale@gablelaw.com

-and-

*/s/ Craig M. Regens*
Craig M. Regens, OBA No. 22894
GABLEGOTWALS
One Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:   (405) 568-3313
Facsimile:   (405) 235-2875
cregens@gablelaw.com

-and-

Andrew G. Dietderich, NY Bar 2850584
Brian D. Glueckstein, NY Bar 4227005
Alexa J. Kranzley, NY Bar 4707386
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Co-Counsel to the Debtors*

-8-