# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re<br><br>WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-12521-JDL<br><br>Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 17, 2019 AT 9:30 A.M. (CT)

**I.   Adjourned Matters**

1. Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 578]

    Response/Objection Deadline:     November 7, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:   None

    Related Documents:

    i.   Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 570]

    Status:   By agreement of the parties, this matter is adjourned to the November 14, 2019 omnibus hearing.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors"). The Debtors' corporate headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

[2] **Amended items appear in bold.**

**II.　Resolved Matters**

1.　Amended Motion for Relief from Automatic Stay to Proceed Against Debtor in Federal Court Case for Recovery of Applicable Policies of Insurance Only and For Order Directing Abandonment of Property and for Waiver of the Fourteen Day Stay Pursuant to Fed.R.Bank.P. 4001(A)(3) and Notice of Opportunity for Hearing [Doc. 507]

   Response/Objection Deadline:　　October 10, 2019 at 4:00 p.m. (CT)

   Responses/Objections Received:　　None

   Related Documents:

   i.　Motion for Relief from Automatic Stay [Doc. 506]

   ii.　Agreed Order on Amended Motion for Relief from Automatic Stay to Proceed Against Debtor in Federal Court Case for Recovery of Applicable Policies of Insurance Only and For Order Directing Abandonment of Property and For Waiver of the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 4001(A)(3) and Notice of Opportunity for Hearing [Doc. 507] [Doc. 680]

   Status:　　On October 11, 2019, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.

2.　Motion of the Debtors for an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof with Brief in Support and Notice of Opportunity for Hearing [Doc. 517]

   Response/Objection Deadline:　　October 10, 2019 at 4:00 p.m. (CT)

   Responses/Objections Received:　　None

   Related Documents:

   i.　Debtors' Application for Bridge Order Preserving Exclusive Filing Period [Doc. 518]

   ii.　Order Preserving Exclusive Filing Period [Doc. 520]

   iii.　Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Doc. 678]

    Status:    On October 11, 2019, the Court entered the order granting the Debtors' motion. Consequently, no hearing with respect to this matter is required.

3. Amended Motion for Relief from Automatic Stay to Recover Applicable Policies of Insurance in State Court and Brief in Support and Notice of Opportunity for Hearing [Doc. 613]

    Response/Objection Deadline:    October 10, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:    None

    Related Documents:

    i. Motion for Relief from Automatic Stay to Recover Applicable Policies of Insurance in State Court and Brief in Support [Doc. 513]

    **ii. Agreed Order on Amended Motion for Relief From Automatic Stay to Recover Applicable Policies of Insurance in State Court and Brief In Support and Notice of Opportunity for Hearing [Doc. 703]**

    **Status:    On October 16, 2019, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.**

4. Motion of the Debtors for Leave to File Omnibus Objections to Claims with Brief in Support and Notice of Opportunity for Hearing [Doc. 629]

    Response/Objection Deadline:    October 10, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:    None

    Related Documents:

    i. Order Granting Motion of Debtors for Leave to File Omnibus Objections to Claims [Doc. 679]

    Status:    On October 11, 2019, the Court entered the order granting the Debtors' motion. Consequently, no hearing with respect to this matter is required.

5. Motion of the Debtors for an Order Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Estate Property with Brief in Support and Notice of Opportunity for Hearing [Doc. 630]

    Response/Objection Deadline:    October 10, 2019 at 4:00 p.m. (CT)

  Responses/Objections Received: None

  Related Documents:

  i. Debtors' Application for Bridge Order Preserving the Time to Assume or Reject Unexpired Leases of Non-Residential Real Property [Doc. 631]

  ii. Order Preserving Time to Assume or Reject Unexpired Leases of Non-Residential Real Property [Doc. 633]

  iii. Order Extending Time to Assume of Reject Unexpired Leases of Non-Residential Real Property [Doc. 681]

  Status: On October 11, 2019, the Court entered the order granting the Debtors' motion. Consequently, no hearing with respect to this matter is required.

6. Motion to Modify Stay to Permit Payment of Pre-Petition Settlement from Insurance Proceeds with Brief in Support and Notice of Opportunity for Hearing [Doc. 475]

  Response/Objection Deadline: October 10, 2019 at 4:00 p.m. (CT)

  Responses/Objections Received: None

  Related Documents:

  i. Motion to Modify Stay to Permit Payment of Pre-Petition Settlement from Insurance Proceeds with Brief in Support and Notice of Opportunity for Hearing [Doc. 479]

  ii. Agreed Order on Motion to Modify Stay to Permit Payment of Pre-Petition Settlement from Insurance Proceeds with Brief in Support and Notice of Opportunity for Hearing [Doc. 475] [Doc. 677]

  Status: On October 11, 2019, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.

### III. Matters Going Forward

1. Motion of the Official Committee of Unsecured Creditors for an Order Compelling Debtors and Debtors' Former Chief Financial Officer, Ricky Pollot, to Appear for Bankruptcy Rule 2004 Examination and Produce Documents in Connection Therewith With Brief in Support and Notice of Opportunity for Hearing [Doc. 246]

| | |
|---|---|
| <u>Response/Objection Deadline</u>: | August 8, 2019 at 4:00 p.m. (CT) and adjourned for the Debtors by agreement of the parties to **October 16, 2019 at 5:00 p.m. (CT)** |
| <u>Responses/Objections Received</u>: | None |

<u>Related Documents</u>:

    **i.**    **Order Granting Motion of the Official Committee of Unsecured Creditors for an Order Compelling Debtors and Debtors' Former Chief Financial Officer, Ricky Pollot, to Appear for Bankruptcy Rule 2004 Examination and Produce Documents in Connection Therewith with Brief in Support and Notice of Opportunity for Hearing [Doc. 704]**

    **Status:**    **On October 16, 2019, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.**

2. Class Claimants' Amended Motion for Leave to File Class Proofs of Claim and Notice of Opportunity for Hearing [Doc. 446]

   <u>Response/Objection Deadline</u>:    October 10, 2019 at 4:00 p.m. (CT)

   <u>Responses/Objections Received</u>:

   ii. Debtors' Objection to Class Claimants' Motion for Leave to File Class Proofs of Claim [Doc. 674]

   iii. Joinder of MUFG Union Bank, N.A. to Debtors' Objection to Class Claimants' Motion for Leave to File a Class Proofs of Claim [Doc. 675]

   iv. Objection of Official Committee of Unsecured Creditors to Class Claimants' Amended Motion for Leave to File Class Proofs of Claim [Doc. 676]

   <u>Related Documents</u>:

   i. Class Claimants' Motion for Leave to File Class Proofs of Claim and Notice of Opportunity for Hearing [Doc. 414]

   ii. Debtors' Notice of Continuance of Deadline to Object to Class Claimants' Amended Motion for Leave to File Class Proofs of Claim and Notice of Opportunity for Hearing [Doc. 446] and of Adjournment of Initial Hearing of Motion to October 17, 2019 Omnibus Hearing Docket [Doc. 527]

Status: This matter will be going forward on a contested basis.

3. Amended Motion for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed, with Brief, and Notice of Opportunity for Hearing [Doc. 462]

   Response/Objection Deadline: September 19, 2019 at 4:00 p.m. (CT)

   Responses/Objections Received:

   i. Objection of the Debtors to the Amended Motion of Superior Pipeline Company, L.L.C. for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed [Doc. 596]

   ii. Joinder of the Official Committee of Unsecured Creditors in Debtors' Objection to Amended Motion of Superior Pipeline Company, L.L.C. for Relief from Stay to Allow Civil Litigation to Proceed [Doc. 602]

   Related Documents:

   i. Motion for Relief from Automatic Stay as to White Star Petroleum, LLC, to Allow Civil Litigation to Proceed, with Brief, and Notice of Opportunity for Hearing [Doc. 460]

   Status: This matter will be going forward on a contested basis.

Dated: October 16, 2019  
Oklahoma City, Oklahoma

*/s/ John D. Dale*  
John D. Dale, OBA No. 19787  
GABLEGOTWALS  
1100 ONEOK Plaza  
100 West 5th Street  
Tulsa, Oklahoma 74103-4217  
Telephone: (918) 595-4800  
Fax: (918) 595-4990  
Email: jdale@gablelaw.com

-and-

*/s/ Craig M. Regens*  
Craig M. Regens, OBA No. 22894  
GABLEGOTWALS  
One Leadership Square  
211 North Robinson  
Oklahoma City, Oklahoma 73102  
Telephone: (405) 568-3313  
Facsimile: (405) 235-2875  
cregens@gablelaw.com

SC1:5055880.1

-and-

Andrew G. Dietderich, NY Bar 2850584
Brian D. Glueckstein, NY Bar 4227005
Alexa J. Kranzley, NY Bar 4707386
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:	(212) 558-4000
Facsimile:	(212) 558-3588
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Co-Counsel to the Debtors*