# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Chapter 11 |
| | ) | Case No. 19-12521-JDL |
| Debtors. | ) ) | Jointly Administered |
| _____ | ) ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary No. 19-01083-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, | ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adversary No. 19-01084-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) | |
| Defendants. | ) ) | |

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors"). The Debtors' corporate headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

|  |  |  |
|---|---|---|
| _____ | ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Adversary No. 19-01085-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Adversary No. 19-01086-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Adversary No. 19-01087-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

SC1:5082232.2

|  |  |
|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>WHITE STAR PETROLEUM, LLC, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adversary No. 19-01089-JDL<br>)<br>)<br>)<br>)<br>) |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, and MS DIRECTIONAL, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>WHITE STAR PETROLEUM, LLC, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Adversary No. 19-01090-JDL<br>)<br>)<br>)<br>) |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, and MS DIRECTIONAL, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>WHITE STAR PETROLEUM, LLC, *et al.*,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adversary No. 19-01091-JDL<br>)<br>)<br>)<br>)<br>) |

|  |  |  |
|---|---|---|
| BAKER HUGHES OILFIELD OPERATIONS, LLC, and MS DIRECTIONAL, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adversary No. 19-01092-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| BAKER HUGHES OILFIELD OPERATIONS, LLC, and MS DIRECTIONAL, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Adversary No. 19-01097-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. _____ | ) ) ) | |
| PHILLIPS 66 COMPANY, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adversary No. 19-01072-JDL |
| WHITE STAR PETROLEUM, LLC, *et al.*, | ) ) ) | |
| Defendants. _____ | ) ) ) | |
| WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Adversary No. 19-01115 |
| MUFG UNION BANK, N.A.; AG & OIL FIELD, LLC; AKL SERVICES, INC.; APERGY | ) ) ) | |

| | |
|---|---|
| ESP SYSTEMS, LLC; ASAP ENERGY, INC. | ) |
| BAKER HUGHES OILEFIELD OPERATION | ) |
| LLC; BIRD EQUIPMENT LLC; B.O.P. RAM- | ) |
| BLOCK AND IRON RENTALS, INC.; | ) |
| BOSTICK SERVICES CORPORATION; | ) |
| CACTUS DRILLING COMPANY, LLC; | ) |
| CASING CREWS INC.; CASING | ) |
| EQUIPMENT SUPPLY, LLC; COGENT, INC.; | ) |
| DAY COUNTY SERVICES, INC.; | ) |
| DOUTHETT, LLC; DYNAMIC DRILLING | ) |
| FLUIDS; ELK CITY TRUCKING SERVICES | ) |
| INC.; EXPRO AMERICAS, LLC; FECHNER | ) |
| PUMP AND SUPPLY, INC.; FLOGISTIX, LP; | ) |
| GREAT PLAINS OILFIELD RENTAL, LLC; | ) |
| H2 SERVICES, LLC; HALLIBURTON | ) |
| ENERGY SERVICES, INC; IMPAC | ) |
| EXPLORATION SERVICES INC.; | ) |
| INTEGRATED FLUID SYSTEMS, LLC; | ) |
| JACKSON ELECTRICAL CONSTRUCTION | ) |
| LLC; JOURNEY OILFIELD EQUIPMENT | ) |
| LLC; JP HYDROTESTING LLC; LATSHAW | ) |
| DRILLING COMPANY, LLC; LEGACY OFS | ) |
| CONSTRUCTION, LLC; LONGHORN | ) |
| ENERGY SERVICES, LLC; MIDCON | ) |
| SOLUTIONS LLC; MONSTER SERVICES, | ) |
| LLC; MS DIRECTIONAL, LLC; MUSTANG | ) |
| HEAVY HAUL, LLC; NATIONAL OILWELL | ) |
| DHT, L.P.; NATIONAL OILWELL VARCO, | ) |
| L.P.; OIL STATES ENERGY SERVICES, LLC; | ) |
| PANHANDLE OILFIELD SERVICES | ) |
| COMPANIES, INC.; PAYZONE | ) |
| COMPLETION SERVICES, LLC; PCS | ) |
| FERGUSON, INC.; PEAK OILFIELD | ) |
| SERVICES, LLC;  PIONEER WIRELINE | ) |
| SERVICES, LLC; PUMP DOWN SOLUTIONS, | ) |
| LLC; PYRAMID TUBULAR PRODUCTS, | ) |
| LLC; QUASAR ENERGY SERVICES, INC.; | ) |
| RAM OILFIELD SERVICES LLC; REDZONE | ) |
| COIL TUBING, LLC; RESISTOL SERVICES | ) |
| LLC; RK &R DOZER SERVICE, LLC; | ) |
| ROAD RUNNER TRUCKING, LLC; RR | ) |
| OILFIELD RENTAL SERVICES, LLC; | ) |
| SCHLUMBERGER ROD LIFT INC.; | ) |
| SCHLUMBERGER TECHNOLOGY | ) |
| CORPORATION; SELECT ENERGY | ) |
| SERVICES, LLC; SHEBESTER-BECHTEL, | ) |
| INC.; SIMMONS MACHINE WORKS, INC.; | ) |

SC1:5082232.2

| | |
|---|---|
| SJL WELL SERVICE, LLC; SMITH INTERNATIONAL, INC.; SOONER COMPLETIONS, INC.; SOUTHERN PLAINS ENERGY SERVICES, LLC; SPIRIT GLOBAL ENERGY SOLUTIONS, INC.; SUMMIT ESP, LLC; SUPERIOR OILFIELD CONSULTING, LLC; THE QUAPAW COMPANY; THRU TUBING SOLUTIONS, INC.; THURMOND-MCGLOTHLIN, LLC; TRES MANAGEMENT INC.; TYTAN POLY SERVICES LLC; ULTERRA DRILLING TECHNOLOGIES, LP; WATKINS CONSTRUCTION COMPANY, LLC; WB SUPPLY LLC; WELLBENDERS DIRECTIONAL SERVICES, LLC; WESTERN WORKSTRINGS, LLC; WHITE'S ENERGY SERVICES, LLC; WHITE'S WELDING, LLC; WILDCAT OIL TOOLS, LLC; WILDCAT WELLHEAD SERVICES, LLC; WILLMAN PUMP TRUCKS, LLC,<br><br>  Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>DCP OPERATING COMPANY, LP., ONEOK FIELD SERVICES COMPANY, L.L.C., PHILLIPS 66 COMPANY, PLAINS MARKETING L.P., ROSE ROCK MIDSTREAM CRUDE, L.P.<br><br>  Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)  Adversary No. 19-01116-JDL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED<br>FOR HEARING ON NOVEMBER 22, 2019 AT 9:30 A.M. (CT)**

SC1:5082232.2

## I. Adjourned Matters

1. Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 709]

    Response/Objection Deadline:     October 30, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i. Response to Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 748]
    ii. Objection to Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 760]
    iii. Withdrawal of Objection to Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 854]

    Related Documents:

    i. Notice of Hearing on Debtors' Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 694]
    ii. Order Granting Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 810]
    iii. Order Granting Debtors' Amended Second Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 864]

    Status:   On November 8 and November 19, 2019, the Court entered orders granting the Debtors' objections to certain of the claims. With respect to the one outstanding claim and related response [Doc. 748], the parties are continuing to work together to consensually resolve the objection and have agreed to adjourn it to the December 19, 2019 omnibus hearing.

2. Debtors' Amended Fifth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 712]

    Response/Objection Deadline:     October 30, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i. Response to Debtors' Amended Fifth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 747]

Related Documents:

i. Notice of Hearing on Debtors' Fifth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 697]

ii. Order Granting Debtors' Amended Fifth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 812]

Status: On November 8, 2019, the Court entered an order granting the Debtors' objections to certain of the claims. With respect to the one outstanding claim and related response [Doc. 747], the parties are continuing to work together to consensually resolve the objection and have agreed to adjourn it to the December 19, 2019 omnibus hearing.

**II. Resolved Matters**

1. Debtors' Amended First Omnibus Objection to Certain Proofs of Claims (Amended and Exact Duplicate Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 708]

    Response/Objection Deadline:   November 15, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:   None

    Related Documents:

    i. Notice of Hearing on Debtors' First Omnibus Objection to Certain Proofs of Claims (Amended and Exact Duplicate Claims) [Doc. 693]

    ii. Order Granting Debtors' Amended First Omnibus Objection to Certain Proofs of Claims (Amended and Exact Duplicate Claims) [Doc. 807]

    Status: On November 8, 2019, the Court entered the order granting the Debtors' objection. Consequently, no hearing with respect to this matter is required.

2. Debtors' Amended Third Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 710]

    Response/Objection Deadline:   November 15, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:   None

Related Documents:

    i.    Notice of Hearing on Debtors' Third Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 695]

    ii.    Order Granting Debtors' Amended Third Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 808]

Status:    On November 8, 2019, the Court entered the order granting the Debtors' objection. Consequently, no hearing with respect to this matter is required.

3. Debtors' Amended Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 711]

Response/Objection Deadline:    November 15, 2019 at 4:00 p.m. (CT)

Responses/Objections Received:

    i.    Objection to Debtors' Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 761]

    ii.    Withdrawal of Objection to Debtors' Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 855]

Related Documents:

    i.    Notice of Hearing on Debtors' Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 696]

    ii.    Order Granting Debtors' Amended Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 811]

    iii.    Order Granting Debtors' Amended Fourth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 865]

Status:    On November 8 and November 19, 2019, the Court entered orders granting the Debtors' objection. Consequently, no hearing with respect to this matter is required.

4. Debtors' Amended Sixth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) with Brief in Support and Notice of Opportunity for Hearing [Doc. 713]

Response/Objection Deadline:    November 15, 2019 at 4:00 p.m. (CT)

Responses/Objections Received:    None

        Related Documents:

    i.    Notice of Hearing on Debtors' Sixth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 698]

    ii.    Order Granting Debtors' Amended Sixth Omnibus Objection to Certain Proofs of Claims (Satisfied Royalty Claims) [Doc. 809]

    Status:    On November 8, 2019, the Court entered the order granting the Debtors' objection. Consequently, no hearing with respect to this matter is required.

### III. Matters Going Forward

1. Notice of Revised M&M Lien Schedule [Doc. 763]

    Response/Objection Deadline:    November 15, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i.    Objection of Sooner Completions, Inc. to M&M Lien Schedule [Doc. 752]
    ii.    Withdrawal of Objection of Sooner Completions, Inc. to M&M Lien Schedule [Doc. 767]
    iii.    Objection of Bostick Services Corp. to M&M Lien Schedule [Doc. 766]
    iv.    Shebester-Bechtel, Inc.'s Objection to Debtors' Proposed M&M Lien Reserve Contained in the M&M Lien Schedule [Doc. 770]
    v.    Objection of Bostick Services Corp. to Revised M&M Lien Schedule [Doc. 776]
    vi.    Objection to Revised M&M Lien Schedule filed by RR Oilfield Rental Services LLC [Doc. 777]
    vii.    Objection of Watkins Construction Co., LLC to Debtors' Proposed M&M Lien Reserve Contained in the M&M Lien Schedules [Doc. 779]
    viii.    Objection of Flogistix, LP to Notice of Revised M&M Lien Schedule [Doc. 780]
    ix.    Objection of Tiptop Energy Production US LLC to Notice of Revised M&M Lien Schedule [Doc. 782]
    x.    Heart of Oklahoma Transport, LLC's Objection to Debtor's Proposed M&M Lien Reserve Contained in the M&M Lien Schedule [Doc. 783]
    xi.    Legacy OFS Construction, LLC's Limited Objection to Debtors' October 31, 2019 Notice of Revised M&M Lien Schedule [Doc. 790]
    xii.    Payzone Completion Services, LLC's Limited Objection to Debtors' October 31, 2019 Notice of Revised M&M Lien Schedule [Doc. 791]
    xiii.    Objection of Defendant JP Hydrotesting LLC to Debtors' Notice of Revised M&M Lien Schedule [Doc. 792]

    xiv.    Objection of Smith International, Inc. and Spirit Global Solutions, Inc. to Revised M&M Lien Schedule [Doc. 816]

Related Documents:

    i.    Notice of M&M Lien Schedule [Doc. 744]
    ii.    Notice of Hearing [Doc 788]
    iii.    Order Striking Objection to Revised M&M Lien Schedule filed by RR Oilfield Rental Services LLC [Doc. 778]

Status:    This matter will be going forward on a contested basis.

2. Motion of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings with Brief in Support and Notice of Opportunity for Hearing [Doc. 764]

Response/Objection Deadline:    November 15, 2019 at 4:00 p.m. (CT)

Responses/Objections Received:

    i.    Defendant Phillips 66 Company's Response to Motion of Debtors White Star Petroleum, LLC's and White Star Petroleum II, LLC's for an Order Staying Adversary Proceedings with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01072 Doc. 50; Adv. Pro. Case No. 19-01090 Doc. 355; Adv. Pro. Case No. 19-01091 Doc. 329]
    ii.    Response of Creditor, JP Hydrotesting LLC, to Motion by Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC for Order Staying Adversary Proceedings [Doc. 831; Adv. Pro. Case No. 19-01097 Doc. 282]
    iii.    ONEOK Field Services Company, L.L.C.'s Limited Objection to the Motion of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01092 Doc. 365; Adv. Pro. Case No. 19-01097 Doc. 289]
    iv.    Response by Dynamic Drilling Fluids, LLC to Motion of Debtors for an Order Staying Adversary Proceeding [Adv. Pro. Case No. 19-01090 Doc. 379; Adv. Pro. Case No. 19-01091 Doc. 342]
    v.    Response by H2 Services, LLC, to Motion of Debtors for an Order Staying Adversary Proceeding [Adv. Pro. Case No. 19-01085 Doc. 53, 56; Adv. Pro. Case No. 19-01090 Doc. 404, 411; Adv. Pro. Case No. 19-01091 Doc. 360, 373; Adv. Pro. Case No. 19-01092 Doc. 376, 384; Adv. Pro. Case No. 19-01097 Doc. 298, 200]
    vi.    Baker Hughes Oilfield Operations LLC's Objections to Debtors' Motion for an Order Staying Adversary Proceedings [Doc. 845; Adv. Pro. Case No. 19-01083 Doc. 74; Adv. Pro. Case No. 19-01084 Doc. 33; Adv. Pro.

<blockquote>

Case No. 19-01085 Doc. 52; Adv. Pro. Case No. 19-01086 Doc. 77; Adv. Pro. Case No. 19-01087 Doc. 268; Adv. Pro. Case No. 19-01089 Doc. 251; Adv. Pro. Case No. 19-01090 Doc. 395; Adv. Pro. Case No. 19-01091 Doc. 356; Adv. Pro. Case No. 19-01092 Doc. 353; Adv. Pro. Case No. 19-01097 Doc. 288]

vii. Shebester-Bechtel, Inc.'s Objection to Debtors' Motion Staying Adversary Proceedings [Doc. 846; Adv. Pro. Case No. 19-01072 Doc. 52; Adv. Pro. Case No. 19-01083 Doc. 76; Adv. Pro. Case No. 19-01092 Doc. 355]

viii. Joinder of Western Workstrings, LLC, and Simmons Machine Works, Inc., to Shebester-Bechtel, Inc.'s Objection to Debtors' Motion Staying Adversary Proceedings [Adv. Pro. Case No. 19-01072 Doc. 53]

ix. Objection of Tiptop Energy Production US LLC to Motion to Stay Adversary Proceeding [Adv. Pro. Case No. 19-01083 Doc. 75; Adv. Pro. Case No. 19-01086 Doc. 78; Adv. Pro. Case No. 19-01097 Doc. 287]

x. Objection of Chaparral Energy L.L.C. to Motion to Stay Adversary Proceeding [Adv. Pro. Case No. 19-01090 Doc. 401; Adv. Pro. Case No. 19-01091 Doc. 362]

xi. Response of Legacy OFS Construction, LLC to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01087 Doc. 271; Adv. Pro. Case No. 19-01089 Doc. 254]

xii. Response of Legacy OFS Construction, LLC, Payzone Completion Services, LLC and White's Welding, LLC, to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Doc. 847; Adv. Pro. Case No. 19-01090 Doc. 407; Adv. Pro. Case No. 19-01091 Doc. 365; Adv. Pro. Case No. 19-01092 Doc. 370]

xiii. Response of Legacy OFS Construction, LLC and Payzone Completion Services, LLC to Motion Filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01097 Doc. 291]

xiv. Response of Latshaw Drilling Company, LLC, and Mustang Heavy Haul, LLC, to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Doc. 849; Adv. Pro. Case No. 19-01087 Doc. 270; Adv. Pro. Case No. 19-01089 Doc. 253; Adv. Pro. Case No. 19-01090 Doc. 405; Adv. Pro. Case No. 19-01091 Doc. 363]

xv. Response of Mustang Heavy Haul, LLC, to Motion Filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01092 Doc. 367]

xvi. Creditor/Defendant, Sooner Completions, Inc.'s Objection to Debtor's Motion for Order Staying Adversary Proceedings with Brief in Support Thereof [Doc. 850; Adv. Pro. Case No. 19-01090 Doc. 406; Adv. Pro. Case No. 19-01091 Doc. 364; Adv. Pro. Case No. 19-01115 Doc. 107]

</blockquote>

    xvii.    Rose Rock Midstream Crude L.P.'s Limited Objection to the Motion of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings and, in the Alternative, Motion to Consolidate Adversary Proceeding Nos. 19-01115 and 19-01116 [Adv. Pro. Case No. 19-01092 Doc. 368, 373]

    xviii.    ONEOK Field Services Company, L.L.C.'s Joinder of Rose Rock Midstream Crude L.P.'s Alternative Request for Motion to Consolidate Adversary Proceeding Nos. 19-01115 and 19-01116 [Adv. Pro. Case No. 19-01092 Doc. 369, 374]

    xix.    MUFG Union Bank, N.A.'s Statement Regarding the Motion by Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC for Order Staying Adversary Proceedings [Doc. 852]

Related Documents:

    i.    Exhibit List of Baker Hughes Oilfield Operations, LLC [Doc. 856]

    ii.    White Star's Application for Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(c) [Doc. 860]

    iii.    Order Granting Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(C) [Doc. 862]

Status:    This matter will be going forward on a contested basis.

3.    Motion of White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Establishing Adversary Procedures with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01115 Doc. 2]

Response/Objection Deadline:    November 15, 2019 at 4:00 p.m. (CT)

Responses/Objections Received:[2]

    i.    Baker Hughes Oilfield Operations LLC's Objections to Debtors' Motion for an Order Staying Adversary Proceedings [Doc. 845; Adv. Pro. Case No. 19-01083 Doc. 74; Adv. Pro. Case No. 19-01084 Doc. 33; Adv. Pro. Case No. 19-01085 Doc. 52; Adv. Pro. Case No. 19-01086 Doc. 77; Adv. Pro. Case No. 19-01087 Doc. 268; Adv. Pro. Case No. 19-01089 Doc. 251; Adv. Pro. Case No. 19-01090 Doc. 395; Adv. Pro. Case No. 19-01091 Doc. 356; Adv. Pro. Case No. 19-01092 Doc. 353; Adv. Pro. Case No. 19-01097 Doc. 288]

    ii.    Baker Hughes Oilfield Operations LLC's Objections to Motion of White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order

---

[2] Documents that were titled as responses or objections to the Stay Motion are included here if they also raised responses or objections to the Adversary Proceeding Procedures Motion.

        Establishing Adversary Proceeding Procedures [Adv. Pro. Case No. 19-01115 Doc. 100]

iii. Shebester-Bechtel, Inc.'s Objection to Debtors' Motion Staying Adversary Proceedings [Doc. 846; Adv. Pro. Case No. 19-01072 Doc. 52; Adv. Pro. Case No. 19-01083 Doc. 76; Adv. Pro. Case No. 19-01092 Doc. 355]

iv. Joinder of Western Workstrings, LLC, and Simmons Machine Works, Inc., to Shebester-Bechtel, Inc.'s Objection to Debtors' Motion Staying Adversary Proceedings [Adv. Pro. Case No. 19-01072 Doc. 53]

v. Objection of Tiptop Energy Production US LLC to Motion to Stay Adversary Proceeding [Adv. Pro. Case No. 19-01083 Doc. 75; Adv. Pro. Case No. 19-01086 Doc. 78; Adv. Pro. Case No. 19-01097 Doc. 287]

vi. Objection of Chaparral Energy L.L.C. to Motion to Stay Adversary Proceeding [Adv. Pro. Case No. 19-01090 Doc. 401; Adv. Pro. Case No. 19-01091 Doc. 362]

vii. Response of Legacy OFS Construction, LLC to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01087 Doc. 271; Adv. Pro. Case No. 19-01089 Doc. 254]

viii. Response of Legacy OFS Construction, LLC, Payzone Completion Services, LLC and White's Welding, LLC, to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Doc. 847; Adv. Pro. Case No. 19-01090 Doc. 407; Adv. Pro. Case No. 19-01091 Doc. 365; Adv. Pro. Case No. 19-01092 Doc. 370]

ix. Response of Legacy OFS Construction, LLC and Payzone Completion Services, LLC to Motion Filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01097 Doc. 291]

x. Response of Legacy OFS Construction, LLC, Payzone Completion Services, LLC and White's Welding, LC to Motion Filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Establishing Adversary Proceeding Procedures [Adv. Pro. Case No. 19-01115 Doc. 104]

xi. Response of Latshaw Drilling Company, LLC, and Mustang Heavy Haul, LLC, to Motion filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Doc. 849; Adv. Pro. Case No. 19-01087 Doc. 270; Adv. Pro. Case No. 19-01089 Doc. 253; Adv. Pro. Case No. 19-01090 Doc. 405; Adv. Pro. Case No. 19-01091 Doc. 363]

xii. Response of Mustang Heavy Haul, LLC, to Motion Filed by White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Staying Adversary Proceedings [Adv. Pro. Case No. 19-01092 Doc. 367]

xiii. Response of Latshaw Drilling Company, LLC, and Mustang Heavy Haul, LLC, to Motion Filed by White Star Petroleum, LLC and White Star

           Petroleum II, LLC for an Order Establishing Adversary Proceeding Procedures [Adv. Pro. Case No. 19-01115 Doc. 105]

    xiv.    Creditor/Defendant, Sooner Completions, Inc.'s Objection to Debtor's Motion for Order Staying Adversary Proceedings with Brief in Support Thereof [Doc. 850; Adv. Pro. Case No. 19-01090 Doc. 406; Adv. Pro. Case No. 19-01091 Doc. 364; Adv. Pro. Case No. 19-01115 Doc. 107]

    xv.    Objection of Flogistix, LP to Motion for Order Establishing Adversary Proceeding Procedures [Adv. Pro. Case No. 19-01115 Doc. 94]

    xvi.    Objection of Watkins Construction Company, LLC, to Motion of White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Establishing Adversary Proceeding Procedures [Adv. Pro. Case No. 19-01115 Doc. 99]

    xvii.    Objection of MS Directional, LLC, to Motion of White Star Petroleum, LLC and White Star Petroleum II, LLC for an Order Establishing Adversary Proceeding Procedures with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01115 Doc. 88]

Related Documents:

    i.    Exhibit List of Baker Hughes Oilfield Operations, LLC [Doc. 856]

    ii.    White Star's Application for Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(c) [Doc. 859]

    iii.    Order Granting Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(C) [Doc. 861]

Status:    This matter will be going forward on a contested basis.

4.    Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 578]

    Response/Objection Deadline:    November 7, 2019 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i.    Objection of the Debtors to Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 848]

    ii.    Objection of the Official Committee of Unsecured Creditors to Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 851]

<u>Related Documents</u>:

i. Motion to Modify Stay to Permit Prosecution of Certain Pending Lawsuits Relating to Earthquake Damage with Brief in Support and Notice of Opportunity for Hearing [Doc. 570]

<u>Status</u>:  This matter will be going forward on a contested basis.

| | |
|---|---|
| Dated: November 20, 2019<br>Oklahoma City, Oklahoma | */s/ John D. Dale*<br>John D. Dale, OBA No. 19787<br>GABLEGOTWALS<br>1100 ONEOK Plaza<br>100 West 5th Street<br>Tulsa, Oklahoma 74103-4217<br>Telephone: (918) 595-4800<br>Fax: (918) 595-4990<br>Email: jdale@gablelaw.com<br><br>-and-<br><br>*/s/ Craig M. Regens*<br>Craig M. Regens, OBA No. 22894<br>GABLEGOTWALS<br>One Leadership Square<br>211 North Robinson<br>Oklahoma City, Oklahoma 73102<br>Telephone:  (405) 568-3313<br>Facsimile:   (405) 235-2875<br>cregens@gablelaw.com<br><br>-and-<br><br>Andrew G. Dietderich, NY Bar 2850584<br>Brian D. Glueckstein, NY Bar 4227005<br>Alexa J. Kranzley, NY Bar 4707386<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>dietdericha@sullcrom.com<br>gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br><br>*Co-Counsel to the Debtors* |