IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Chapter 11 |
| | ) | Case No. 19-12521-JDL |
| Debtors. | ) ) | Jointly Administered |
| _____ | ) | |
| | ) ) | |
| WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, | ) ) ) | |
| | ) | |
| Plaintiffs. | ) ) | |
| | ) | Adversary No. 19-01116-JDL |
| v. | ) ) | |
| DCP OPERATING COMPANY, LP, ONEOK FIELD SERVICES COMPANY, L.L.C., PHILLIPS 66 COMPANY, PLAINS MARKETING, L.P., ROSE ROCK MIDSTREAM CRUDE L.P., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 23, 2020 AT 9:30 A.M. (CT)**

**I.     Resolved Matters**

1. Debtors' Motion for an Order Authorizing Rejection of Certain Unexpired Nonresidential Real Property Leases *Nunc Pro Tunc* to November 30, 2019 with Brief in Support, Notice of Opportunity for Hearing and Notice of Hearing [Doc. 896]

    Response/Objection Deadline:        December 12, 2019 at 4:00 p.m. (CT)

---

[1]   The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors"). The Debtors' corporate headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

<u>Responses/Objections Received</u>:

i. Objection to Debtors' Motion for an Order Authorizing Rejection of Certain Unexpired Nonresidential Real Property Leases *Nunc Pro Tunc* to November 30, 2019, with Brief in Support [Doc. 920]

<u>Related Documents</u>:

i. Order Approving the Rejection of Leedey Field Office Lease [Doc. 924]
ii. Order Approving the Rejection of Stillwater Field Office Lease [Doc. 925]
iii. Order Approving the Rejection of the Headquarter Lease [Doc. 941]

<u>Status</u>: On January 2, 2020, the Court entered an order as agreed by the parties, which resolved the outstanding objection [Doc. 920]. Consequently, no hearing with respect to this matter is required.

2. Lakeview OK, LC's Motion to Modify the Automatic Stay, Request for Waiver of 14-Day Stay Under Bankruptcy Rule 4001(A)(3), Brief in Support, and Notice of Opportunity for Hearing [Doc. 906]

<u>Response/Objection Deadline</u>:   January 16, 2020 at 4:00 p.m. (CT)

<u>Responses/Objections Received</u>:   None

<u>Related Documents</u>:

i. Amended Notice of Hearing on Lakeview OK, LC's Motion to Modify the Automatic Stay, Request for Waiver of 14-Day Stay Under Bankruptcy Rule 4001(A)(3), Brief in Support, and Notice of Opportunity for Hearing [Doc. 919]
ii. Stipulation and Agreed Order to Modify the Automatic Stay and Waive 14-Day Stay Under Bankruptcy Rule 4001(A)(3) [Doc. 963]

<u>Status</u>: On January 17, 2020, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.

3. Motion to Modify Stay to Permit Prosecution of Lawsuits Relating to Earthquake Damage to the Extent that Insurance Proceeds are Available with Brief in Support and Notice of Opportunity for Hearing [Doc. 922]

<u>Response/Objection Deadline</u>:   January 16, 2020 at 4:00 p.m. (CT)

<u>Responses/Objections Received</u>:   None

Related Documents:

i.  Agreed Order on Motion to Modify Stay to Proceed Against Debtor in State Court Case for Recovery of Applicable Policies of Insurance Only and For Waiver of the Fourteen Day Stay Pursuant to Fed.R.Bankr.P. 4001(a)(3) [Doc. 964]

Status:  On January 17, 2020, the Court entered the order as agreed by the parties. Consequently, no hearing with respect to this matter is required.

4.  Debtors' Motion for Entry of Order (I) Authorizing the Debtors to Enter into Assignment Agreement; and (II) Approving the Assumption and Assignment of a License Agreement with SAP America, Inc. with Brief in Support, Notice of Opportunity for Hearing and Notice of Hearing [Doc. 936]

   Response/Objection Deadline:  January 16, 2020 at 4:00 p.m. (CT)

   Responses/Objections Received:  None

   Related Documents:

   i.  Order (I) Authorizing the Debtors to Enter Into Assignment Agreement; and (II) Approving the Assumption and Assignment of A License Agreement with SAP America, Inc. [Doc. 965]

   Status:  On January 17, 2020, the Court entered an order resolving the Debtors' motion. Consequently, no hearing with respect to this matter is required.

5.  Motion to Modify Stay to Proceed Against Debtor in State Court Cases for Recovery of Applicable Policies of Insurance Only [Doc. 939]

   Response/Objection Deadline:  January 16, 2020 at 4:00 p.m. (CT)

   Responses/Objections Received:  None

   Status:  The parties have agreed to a form of order resolving this matter and the form of order will be submitted to the Court prior to the hearing. Consequently, no hearing with respect to this matter is required unless the Court has any questions.

## II.     Matters Going Forward

1. ONEOK Field Services Company, L.L.C.'s Motion and Brief in Support to Deposit Funds into the Registry of the Court and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 35]

    Response/Objection Deadline:     January 16, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i. Omnibus Objection of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC to Motions to Deposit Funds into the Registry of the Court [Adv. Pro. Case No. 19-01116 Doc. 246]

    Related Documents:

    Status: This matter will be going forward on a contested basis.

2. Rose Rock Midstream Crude L.P.'s Motion to Deposit Funds into the Registry of the Court and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 38]

    Response/Objection Deadline:     January 16, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i. MS Directional, LLC's Response to Rose Rock Midstream Crude L.P.'s Motion to Deposit Funds into the Registry of the Court and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-0116 Doc. 172]
    ii. Omnibus Objection of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC to Motions to Deposit Funds into the Registry of the Court [Adv. Pro. Case No. 19-01116 Doc. 246]

    Related Documents:

    Status:     This matter will be going forward on a contested basis.

3. Plains Marketing, L.P.'s Amended Motion and Brief in Support to Deposit Funds into the Registry of the Court and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 85]

    Response/Objection Deadline:     January 16, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

-4-

    i.    Omnibus Objection of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC to Motions to Deposit Funds into the Registry of the Court [Adv. Pro. Case No. 19-01116 Doc. 246]

Related Documents:

Status:    This matter will be going forward on a contested basis.

4.    DCP Operating Company, LP's Motion to Deposit Funds into the Registry of the Court and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 146]

    Response/Objection Deadline:    January 16, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

        i.    Omnibus Objection of Debtors White Star Petroleum, LLC and White Star Petroleum II, LLC to Motions to Deposit Funds into the Registry of the Court [Adv. Pro. Case No. 19-01116 Doc. 246]

    Related Documents:

    Status:    This matter will be going forward on a contested basis.

Dated: January 21, 2020  
Oklahoma City, Oklahoma

*/s/ John D. Dale*  
John D. Dale, OBA No. 19787  
GABLEGOTWALS  
1100 ONEOK Plaza  
100 West 5th Street  
Tulsa, Oklahoma 74103-4217  
Telephone: (918) 595-4800  
Fax: (918) 595-4990  
Email: jdale@gablelaw.com

-and-

*/s/ Craig M. Regens*  
Craig M. Regens, OBA No. 22894  
GABLEGOTWALS  
One Leadership Square  
211 North Robinson  
Oklahoma City, Oklahoma 73102  
Telephone: (405) 568-3313  
Facsimile: (405) 235-2875  
cregens@gablelaw.com

-6-

-and-

*/s/ Lewis A. Berkowitz*
Lewis A. Berkowitz, OBA # 733
Eric C. Money, OBA # 22654
GUNGOLL, JACKSON, BOX
& DEVOLL, P.C.
P.O. Box 1549
Enid, Oklahoma 73702
Telephone: (580) 234-0436
Facsimile: (580) 233-1284
berkowitz@gungolljackson.com
money@gungolljackson.com
roberts@gungolljackson.com

-and-

Andrew G. Dietderich, NY Bar 2850584
Brian D. Glueckstein, NY Bar 4227005
Alexa J. Kranzley, NY Bar 4707386
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
dietdericha@sullcrom.com
gluecksteinb@sullcrom.com
kranzleya@sullcrom.com

*Co-Counsel to the Debtors*[2]

---

[2] GableGotwals is not co-counsel to White Star with respect to Phillips 66 Company, ONEOK Field Services Company, L.L.C. and Chaparral Energy L.L.C. Gungoll, Jackson, Box & Devoll, P.C. is co-counsel to White Star with respect to Phillips 66 Company and ONEOK Field Services Company, L.L.C.