# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Chapter 11 |
| | ) | Case No. 19-12521-JDL |
| Debtors. | ) ) | Jointly Administered |
| _____ | ) | |
| | ) | |
| WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Adversary No. 19-01115-JDL |
| MUFG UNION BANK, N.A.; AG & OIL FIELD, LLC; AKL SERVICES, INC.; APERGY ESP SYSTEMS, LLC; ASAP ENERGY, INC. BAKER HUGHES OILEFIELD OPERATION LLC; BIRD EQUIPMENT LLC; B.O.P. RAM-BLOCK AND IRON RENTALS, INC.; BOSTICK SERVICES CORPORATION; CACTUS DRILLING COMPANY, LLC; CASING CREWS INC.; CASING EQUIPMENT SUPPLY, LLC; COGENT, INC.; DAY COUNTY SERVICES, INC.; DOUTHETT, LLC; DYNAMIC DRILLING FLUIDS; ELK CITY TRUCKING SERVICES INC.; EXPRO AMERICAS, LLC; FECHNER PUMP AND SUPPLY, INC.; FLOGISTIX, LP; GREAT PLAINS OILFIELD RENTAL, LLC; H2 SERVICES, LLC; HALLIBURTON ENERGY SERVICES, INC; IMPAC EXPLORATION SERVICES INC.; INTEGRATED FLUID SYSTEMS, LLC; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors"). The Debtors' corporate headquarters is located at 301 N.W. 63rd Street, Suite 600, Oklahoma City, OK 73116.

SC1:5149690.2

-2-

| | |
|---|---|
| JACKSON ELECTRICAL CONSTRUCTION LLC; JOURNEY OILFIELD EQUIPMENT LLC; JP HYDROTESTING LLC; LATSHAW DRILLING COMPANY, LLC; LEGACY OFS CONSTRUCTION, LLC; LONGHORN ENERGY SERVICES, LLC; MIDCON SOLUTIONS LLC; MONSTER SERVICES, LLC; MS DIRECTIONAL, LLC; MUSTANG HEAVY HAUL, LLC; NATIONAL OILWELL DHT, L.P.; NATIONAL OILWELL VARCO, L.P.; OIL STATES ENERGY SERVICES, LLC; PANHANDLE OILFIELD SERVICES COMPANIES, INC.; PAYZONE COMPLETION SERVICES, LLC; PCS FERGUSON, INC.; PEAK OILFIELD SERVICES, LLC;  PIONEER WIRELINE SERVICES, LLC; PUMP DOWN SOLUTIONS, LLC; PYRAMID TUBULAR PRODUCTS, LLC; QUASAR ENERGY SERVICES, INC.; RAM OILFIELD SERVICES LLC; REDZONE COIL TUBING, LLC; RESISTOL SERVICES LLC; RK &R DOZER SERVICE, LLC; ROAD RUNNER TRUCKING, LLC; RR OILFIELD RENTAL SERVICES, LLC; SCHLUMBERGER ROD LIFT INC.; SCHLUMBERGER TECHNOLOGY CORPORATION; SELECT ENERGY SERVICES, LLC; SHEBESTER-BECHTEL, INC.; SIMMONS MACHINE WORKS, INC.; SJL WELL SERVICE, LLC; SMITH INTERNATIONAL, INC.; SOONER COMPLETIONS, INC.; SOUTHERN PLAINS ENERGY SERVICES, LLC; SPIRIT GLOBAL ENERGY SOLUTIONS, INC.; SUMMIT ESP, LLC; SUPERIOR OILFIELD CONSULTING, LLC; THE QUAPAW COMPANY; THRU TUBING SOLUTIONS, INC.; THURMOND-MCGLOTHLIN, LLC; TRES MANAGEMENT INC.; TYTAN POLY SERVICES LLC; ULTERRA DRILLING TECHNOLOGIES, LP; WATKINS CONSTRUCTION COMPANY, LLC; WB SUPPLY LLC; WELLBENDERS DIRECTIONAL SERVICES, LLC; WESTERN WORKSTRINGS, LLC; WHITE'S ENERGY SERVICES, LLC; WHITE'S WELDING, LLC; WILDCAT OIL TOOLS, LLC; WILDCAT | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

-2-

SC1:5149690.2

-3-

| | |
|---|---|
| WELLHEAD SERVICES, LLC; WILLMAN PUMP TRUCKS, LLC, </br></br>  Defendants. </br>_____ </br></br> WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, </br></br>  Plaintiffs, </br></br> v. </br></br> DCP OPERATING COMPANY, LP., ONEOK FIELD SERVICES COMPANY, L.L.C., PHILLIPS 66 COMPANY, PLAINS MARKETING L.P., ROSE ROCK MIDSTREAM CRUDE, L.P., </br></br>  Defendants. </br>_____ </br></br> DCP OPERATING COMPANY, LP, ONEOK FIELD SERVICES COMPANY, L.L.C., PLAINS MARKETING L.P., ROSE ROCK MIDSTREAM CRUDE, L.P., </br></br>  Interpleader Plaintiffs, </br></br> v. </br></br> WHITE STAR PETROLEUM, LLC and WHITE STAR PETROLEUM II, LLC, </br></br>  Interpleader Defendants and </br>  Crossclaim Defendants. </br></br> and </br></br> BAKER HUGHES OILFIELD OPERATIONS LLC, MS DIRECTIONAL, LLC, MUFG UNION BANK, N.A., ENLINK OKLAHOMA GAS PROCESSING, LP, BLUE OX PARTNERS, LLC, WILDBOAR ENERGY LLC, AG & OIL FIELD, LLC, CACTUS DRILLING COMPANY, LLC, CASING EQUIPMENT SUPPLY, LLC, GREAT | </br></br></br></br></br></br></br></br></br></br></br></br></br></br> Adversary No. 19-01116-JDL </br> |

| | |
|---|---|
| PLAINS OILFIELD RENTAL, LLC, H2 SERVICES, LLC, HALLIBURTON ENERGY SERVICES, INC., IMPAC EXPLORATION SERVICES, INC., INTEGRATED FLUID SYSTEMS, LLC, JACKSON ELECTRICAL CONSTRUCTION, LLC, JOURNEY OILFIELD EQUIPMENT, LLC, LEGACY OFS CONSTRUCTION, LLC, LONGHORN ENERGY SERVICES, LLC, MIDCON SOLUTIONS, LLC, MONSTER SERVICES, LLC, MUSTANG HEAVY HAUL, LLC, NATIONAL OILWELL DHT, LP, OIL STATES ENERGY SERVICES, LLC, PAYZONE COMPLETION SERVICES, LLC, PUMP DOWN SOLUTIONS, LLC, PYRAMID TUBULAR PRODUCTS, LLC, RAM OILFIELD SERVICES, LLC, REDZONE COIL TUBING LLC, RESISTOL SERVICES, LLC, SHEBESTER-BECHTEL, INC., SMITH INTERNATIONAL, INC., THRU TUBING SOLUTIONS, INC., TRES MANAGEMENT, INC., ULTERRA DRILLING TECHNOLOGIES, LP, WESTERN WORKSTRINGS, LLC, WHITE'S WELDING, LLC, WHITE'S ENERGY SERVICES, LLC, WILDCAT WELLHEAD SERVICES, LLC, <br><br>Third-Party Defendants, Interpleader Defendants and Crossclaim Plaintiffs. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 13, 2020 AT 9:30 A.M. (CT)**

I. **Resolved Matters**

1. Second Interim Application of Conner & Winters, Oklahoma Counsel to the Committee, for Reimbursement of Fees and Expenses through November 30, 2019 [Doc. 942]

    Response/Objection Deadline:    February 6, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:    None

---

[2] **Amended items appear in bold.**

Related Documents:

    i.    Order Approving Second Interim Application of Conner & Winters, LLP as Counsel to the Official Unsecured Creditors Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2019 through and Including November 30, 2019 [Doc. 1004]

Status: On February 10, 2020, the Court entered an order granting the requested relief. Consequently, no hearing is required with respect to this matter.

2. Motion of Tiptop Energy Production US LLC for Additional Cure Payments for Assumption of Tiptop Joint Operating Agreements or Order Prohibiting Distribution of Escrowed Funds Pending Judicial Determination of Extent of Liens [Doc. 962]

| | |
|---|---|
| Response/Objection Deadline: | February 6, 2020 at 4:00 p.m. (CT) and adjourned for the Debtors by agreement of the parties to February 7, 2020 at 4:00 p.m. (CT) |
| Responses/Objections Received: | None |

Related Documents:

    i.    Stipulation and Order [Doc. 1003]

Status: On February 10, 2020, the Court entered an order as agreed by the parties. Consequently, no hearing is required with respect to this matter.

3. Amended Motion for Substitution of Party [Adv. Pro. Case No. 19-01115 Doc. 325]

| | |
|---|---|
| Response/Objection Deadline: | February 6, 2020 at 4:00 p.m. (CT) |
| Responses/Objections Received: | None |

Related Documents:

    i.    Order Granting Motion for Substitution of Party [Adv. Pro. Case No. 19-01115 Doc. 365]

Status: On February 10, 2020, the Court entered an order as agreed by the parties. Consequently, no hearing is required with respect to this matter.

**II.     Matters Going Forward**

1. Debtors' Motion for an Order (I) Approving the Disclosure Statement, (II) Establishing a Voting Record Date, (III) Approving Solicitation Packages and Solicitation Procedures, (IV) Approving the Forms of Ballots, (V) Establishing Notice and Objection Procedures for the Confirmation of the Plan With Brief in Support, Notice of Opportunity for Hearing and Notice of Hearing [Doc. 947]

    Response/Objection Deadline:     February 6, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i. Response of United States Trustee to Debtor's Disclosure Statement Dated January 6, 2020 [Doc. 990]
    ii. Cactus Drilling Company LLC's Objection to Debtors' Disclosure Statement [Doc. 996]

    Related Documents:

    i. Joint Chapter 11 Plan of Liquidation of White Star Petroleum Holdings, LLC and Its Debtor Affiliates [Doc. 945]
    ii. Disclosure Statement for Debtors' Joint Chapter 11 Plan of Liquidation of White Star Petroleum Holdings, LLC and Its Debtor Affiliates [Doc. 946]
    iii. Debtors' *Ex Parte* Application to (I) Approve Form of Notice of Disclosure Statement and (II) to Establish Disclosure Statement Hearing Date and Related Objection Deadline [Doc. 948]
    iv. Order (I) Approving Form of Notice of Disclosure Statement and (II) to Establish Disclosure Statement Hearing Date and Objection Deadline [Doc. 949]
    v. Notice of Revised Disclosure Statement [Doc. 981]
    vi. **Notice of Revised Chapter 11 Plan of Liquidation [Doc. 1007]**
    vii. **Notice of First Amended Disclosure Statement [Doc. 1008]**
    viii. **Notice of Revised Proposed Confirmation Hearing Notice [Doc. 1009]**

    Status: **All formal and informal objections have been consensually resolved. This matter will go forward on an uncontested basis.**

2. Debtors' Motion for Entry of Stipulation and Agreed Order Authorizing (I) the Debtors' Continued Use of Cash Collateral; (II) the Debtors' Use of Property of the Estate; and (III) Granting the Debtors Authority to Provide Adequate Protection with Brief in Support, Notice of Opportunity for Hearing and Notice of Hearing [Doc. 972]

    Response/Objection Deadline:     February 6, 2020 at 4:00 p.m. (CT)

Responses/Objections Received:

    i.    Shebester-Bechtel, Inc.'s Objection to Debtors' Motion for Entry of Stipulation and Agreed Order Authorizing (I) the Debtors' Continued Use of Cash Collateral; (II) the Debtors' Use of Property of the Estate; and (III) Granting the Debtors Authority to Provide Adequate Protection [Doc. 991]

Related Documents:

    i.    Notice of Revised Stipulation and Agreed Order [Doc. 989]

    ii.    **Debtors' Reply in Support of Motion for Entry of Cash Collateral Stipulation and Agreed Order [Doc. 1010]**

    iii.    **Second Notice of Revised Stipulation and Agreed Order [1011]**

Status:    This matter will be going forward on a contested basis.

3. White Star's Motion for Partial Summary Judgment with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01115 Doc. 276]

    Response/Objection Deadline:    January 15, 2020 at 4:00 p.m. (CT)

    Responses/Objections Received:

    i.    Bostick Services Corporation's Response to White Star Petroleum, LLC and White Star Petroleum II, LLC's Motion for Partial Summary Judgment and Incorporated Brief in Support Thereof [Adv. Pro. Case No. 19-01115 Doc. 295]

    ii.    Joinder of MUFG Union Bank, N.A. to White Star's Motion for Partial Summary Judgement [Adv. Pro. Case No. 19-01115 Doc. 297]

    iii.    Payzone Completion Services, LLC's Limited Objection to Count II of Debtors' December 16, 2019 Motion for Partial Summary Judgment, with Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 298]

    iv.    Legacy OFS Construction, LLC's Limited Objection to Count II of Debtors' December 16, 2019 Motion for Partial Summary Judgment, with Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 299]

    v.    Response of Ag & Oil Field, LLC; B.O.P. Ram-Block and Iron Rentals, Inc.; Journey Oilfield Equipment LLC; Road Runner Trucking, LLC; Simmons Machine Works, Inc.; and Western Workstrings, LLC, to White Star's Motion for Partial Summary Judgment, with Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 300]

    vi.    Shebester-Bechtel, Inc.'s Response to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 303]

vii. Response of RK&R Dozer Service, LLC to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 308]

viii. Response and Objection of Watkins Construction Company, LLC to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 309]

ix. Apergy ESP Systems, LLC, Expro Americas, LLC, Great Plains Oilfield Rental, LLC, Halliburton Energy Services, Inc., Oil States Energy Services, LLC, PCS Ferguson, Inc., Peak Oilfield Services, LLC; Pioneer Wireline Services, LLC; Schlumberger Rod Lift, Inc, Schlumberger Technology Corporation, Select Energy Services, LLC, Smith International, Inc., Spirit Global Energy Solutions, Inc., Summit ESP, LLC, and Thru Tubing, Inc.'s Response and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 310]

x. Defendant H2 Services, LLC, Objection to White Star Petroleum LLC & White Star Petroleum II LLC's, Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 311]

xi. Defendant Ram Oilfield Services, LLC, Objection to White Star Petroleum LLC & White Star Petroleum II LLC's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 312]

xii. Day County Services, Inc.'s Objection and Response to White Star's Motion for Partial Summary Judgment with Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 313]

xiii. Defendant Southern Plains Energy Services, LLC's, Objection to White Star Petroleum LLC & White Star Petroleum II LLC's, Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 314]

xiv. Defendant Longhorn Energy Services, LLC's, Objection to White Star Petroleum LLC & White Star Petroleum II LLC's, Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 315]

xv. Quasar Energy, Inc.'s Response to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 316]

xvi. Casing Crews, Inc.'s Response and Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 317]

xvii. Response of WellBenders Directional Services, LLC to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 318]

xviii. Casing Equipment Supply, LLC's Response and Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 319]

xix. Monster Services, LLC's Response and Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 320]

xx. Superior Oilfield Consulting, LLC's Response and Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 321]

xxi. Defendant Sooner Completion, Inc.'s Objection to White Star's Motion for Partial Summary Judgment Combined with Brief in Support Thereof [Adv. Pro. Case No. 19-01115 Doc. 322]

xxii. Latshaw Drilling Company's Response and Objection to White Star's Motion for Partial Summary Judgment with Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 323]

xxiii. Objection and Response of Defendant, MS Directional, LLC, to Motion of Plaintiffs, White Star Petroleum, LLC and White Star Petroleum II, LLC for Partial Summary Judgment with Brief in Support of Objection and Response [Adv. Pro. Case No. 19-01115 Doc. 324]

xxiv. Baker Hughes Oilfield Operations LLC's Response and Limited Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 326]

xxv. Defendants National Oilwell DHT, L.P. and National Oilwell Varco, L.P.'s Response to Plaintiff's Motion for Partial Summary [Adv. Pro. Case No. 19-01115 Doc. 327]

xxvi. Response of Resistol Services, LLC to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 328]

xxvii. Cogent Inc, D/B/A Vanco's Response to Debtors' December 16, 2019 Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 329]

xxviii. The Quapaw Company's Objection to White Star Petroleum, LLC and White Star Petroleum II, LLC's Motion for Partial Summary Judgment and Incorporated Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 330]

xxix. Cactus Drilling Company LLC's Objection to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 331]

xxx. Jackson Electrical's Response in Opposition to Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 332]

xxxi. ASAP Energy Inc.'s Response and Objection to Plaintiffs' Motion for Partial Summary Judgment [Doc. 276] and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 334]

xxxii. IMPAC Exploration Services Inc.'s Response and Objection to Plaintiff's Motion for Partial Summary Judgment [Doc. 276] and Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 335]

xxxiii. Defendants Fechner Pump & Supply, Inc. and Willman Pump Trucks, LLC's Response Plaintiffs' Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 336]

xxxiv. Defendants National Oilwell DHT, L.P. and National Oilwell Varco, L.P.'s Joinder to Defendant Baker Hughes Oilfield Operations LLC's Response and Limited Objection to Plaintiffs' Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 340, 342]

xxxv. Pyramid Tubular Products, LLC's Response to Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 344]

xxxvi. Wildcat Oil Tools, LLC's Response to Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 345]

SC1:5149690.2

xxxvii. The Quapaw Company's Amended Objection to White Star Petroleum, LLC and White Star Petroleum II, LLC's Motion for Partial Summary Judgment and Incorporated Brief in Support [Adv. Pro. Case No. 19-01115 Doc. 346]

xxxviii. MUFG Union Bank, N.A.'s Omnibus Reply in Support of White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 361]

Related Documents:

i. White Star's Application to Extend Briefing Schedule for White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 284]

ii. Order Granting White Star's Application to Extend Briefing Schedule for White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 287]

iii. White Star's Application for Leave to File Reply Exceeding Page Limit Set Forth in the Procedures Order [Adv. Pro. Case No. 19-01115 Doc. 356]

iv. Order Granting Leave to File Reply Exceeding Page Limit Set Forth in Procedures Order [Adv. Pro. Case No. 19-01115 Doc. 357]

v. White Star's Omnibus Reply in Support of Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01115 Doc. 360]

Status:   This matter will be going forward on a contested basis.

4. White Star's Motion for Partial Summary Judgment with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 95]

Response/Objection Deadline:   January 15, 2020 at 4:00 p.m. (CT)

Responses/Objections Received:

i. Defendant DCP Operating Company, LP's Response Brief to White Star's Motion for Partial Summary Judgment with Brief in Support and Notice of Opportunity for Hearing [Adv. Pro. Case No. 19-01116 Doc. 226]

ii. Response of Ag & Oil Field, LLC; Journey Oilfield Equipment, LLC; Simmons Machine Works Inc.; and Western Workstrings, LLC, to White Star's Motion for Partial Summary Judgment, with Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 227]

iii. Shebester-Bechtel, Inc.'s Response to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 228]

<ol type="i" start="4">
<li>Baker Hughes Oilfield Operations LLC's Response and Limited Objection to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 230]</li>
<li>Defendant Phillips 66 Company's Response and Objection to Plaintiff's Motion for Partial Summary [Dkt. 95] Judgment with Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 231]</li>
<li>Mustang Heavy Haul, LLC's Response to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 233]</li>
<li>Objection and Response of Third-Party Defendant, MS Directional, LLC, to Motion of Plaintiffs, White Star Petroleum, LLC and White Star Petroleum II, LLC for Partial Summary Judgment with Brief in Support of Objection and Response [Adv. Pro. Case No. 19-01116 Doc. 234]</li>
<li>Great Plains Oilfield Rental, LLC, Halliburton Energy Services, Inc., Oil States Energy Services, LLC, Smith International, Inc., and Thru Tubing, Inc.'s Response and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 235]</li>
<li>Joinder of Monster Services, LLC to (I) Defendant DCP Operating Company, LP's Response Brief to White Star's Motion for Partial Summary Judgment with Brief in Support and Notice of Opportunity for Hearing, (II) Response of Ag & Oil Field, LLC; Journey Oilfield Equipment, LLC; Simmons Machine Works Inc.; and Western Workstrings, LLC, to White Star's Motion for Partial Summary Judgment, with Brief in Support, and (III) Shebester-Bechtel, Inc.'s Response to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 236]</li>
<li>Cactus Drilling Company LLC's Objection to White Star's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 237]</li>
<li>Joinder of Casing Equipment Supply, LLC to (I) Defendant DCP Operating Company, LP's Response Brief to White Star's Motion for Partial Summary Judgment with Brief in Support and Notice of Opportunity for Hearing, (II) Response of Ag & Oil Field, LLC; Journey Oilfield Equipment, LLC; Simmons Machine Works Inc.; and Western Workstrings, LLC, to White Star's Motion for Partial Summary Judgment, with Brief in Support, and (III) Shebester-Bechtel, Inc.'s Response to White Star's Motion for Partial Summary Judgment and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 238]</li>
<li>ONEOK Field Services Company, LLC's Response and Brief in Support to White Star Petroleum, LLC and White Star Petroleum, II, LLC's Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 239]</li>
<li>Plains Marketing, L.P.'s Response to Plaintiffs' Motion for Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 240]</li>
<li>Rose Rock Midstream Crude L.P.'s Response to Plaintiffs' Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 241]</li>
<li>Impac Exploration Services, Inc.'s Response and Objection to Plaintiff's Motion for Partial Summary Judgment [Doc. 95] and Brief in Support [Adv. Pro. Case No. 19-01116 Doc. 242]</li>
</ol>

SC1:5149690.2

    xvi.    Jackson Electrical' s Response in Opposition to Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 243, 244]

Related Documents:

    i.    White Star's Motion for Entry of an Order Setting Briefing Schedule for White Star's Partial Summary Judgment Motion with Brief in Support and Notice of Opportunity to be Heard  [Adv. Pro. Case No. 19-01116 Doc. 143]

    ii.    White Star's Application to Shorten Response Time Applicable to White Star's Motion for Entry of an Order Setting Briefing Scheduling for White Star's Partial Summary Judgment Motion  [Adv. Pro. Case No. 19-01116 Doc. 144]

    iii.    Rose Rock Midstream Crude L.P.'s Objection to Plaintiff's Motion for Entry of an Order Setting Briefing Schedule for Plaintiff's Partial Summary Judgment Motion [Adv. Pro. Case No. 19-01116 Doc. 151]

    iv.    ONEOK Field Services Company, L.L.C.'s Joinder of Rose Rock Midstream Crude L.P.'s Objection to Plaintiff's Motion for Entry of an Order Setting Briefing Schedule for Plaintiff's Partial Summary Judgment Motion [Adv. Pro. Case No. 19-01116 Doc. 154]

    v.    Order Approving White Star's Motion for Entry of an Order Setting Briefing Schedule for White Star's Partial Summary Judgment Motion [Adv. Pro. Case No. 19-01116 Doc. 158]

    vi.    White Star's Application for Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(C) [Adv. Pro. Case No. 19-01116 Doc. 311]

    vii.    Order Granting Leave to File Reply Exceeding Page Limit Set Forth in Local Rule 9013-1(C) [Adv. Pro. Case No. 19-01116 Doc. 312]

    viii.    White Star's Omnibus Reply in Support of Motion for Partial Summary Judgment [Adv. Pro. Case No. 19-01116 Doc. 320]

Status:    This matter will be going forward on a contested basis.

Dated: February 11, 2020  
Oklahoma City, Oklahoma

*/s/ John D. Dale*  
John D. Dale, OBA No. 19787  
GABLEGOTWALS  
1100 ONEOK Plaza  
100 West 5th Street  
Tulsa, Oklahoma 74103-4217  
Telephone: (918) 595-4800  
Fax: (918) 595-4990  
Email: jdale@gablelaw.com

-and-

*/s/ Craig M. Regens*  
Craig M. Regens, OBA No. 22894

-12-

        GABLEGOTWALS
        One Leadership Square
        211 North Robinson
        Oklahoma City, Oklahoma 73102
        Telephone: (405) 568-3313
        Facsimile: (405) 235-2875
        cregens@gablelaw.com

        -and-

        */s/ Lewis A. Berkowitz*
        Lewis A. Berkowitz, OBA # 733
        Eric C. Money, OBA # 22654
        GUNGOLL, JACKSON, BOX
        & DEVOLL, P.C.
        P.O. Box 1549
        Enid, Oklahoma 73702
        Telephone: (580) 234-0436
        Facsimile: (580) 233-1284
        berkowitz@gungolljackson.com
        money@gungolljackson.com
        roberts@gungolljackson.com

        -and-

        Andrew G. Dietderich, NY Bar 2850584
        Brian D. Glueckstein, NY Bar 4227005
        Alexa J. Kranzley, NY Bar 4707386
        SULLIVAN & CROMWELL LLP
        125 Broad Street
        New York, New York 10004
        Telephone: (212) 558-4000
        Facsimile: (212) 558-3588
        dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        kranzleya@sullcrom.com

        *Co-Counsel to the Debtors*[3]

---

[3] GableGotwals is not co-counsel to White Star with respect to Phillips 66 Company, ONEOK Field Services Company, L.L.C. and Chaparral Energy L.L.C. Gungoll, Jackson, Box & Devoll, P.C. is co-counsel to White Star with respect to Phillips 66 Company and ONEOK Field Services Company, L.L.C.

-13-