**Dated: October 21, 2021**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| In re | Chapter 11 |
| WHITE STAR PETROLEUM HOLDINGS, LLC, *et al.*,[1] | Case No. 19-12521-JDL |
|  | Jointly Administered |
| Debtors. |  |

### FINAL DECREE

Upon the *Plan Administrator's Chapter 11 Final Report and Motion for Entry of Final Decree* [Doc. 1610] (the "Motion") filed by RPA Asset Management Services, LLC, in its capacity as Plan Administrator (the "Plan Administrator") under the *Joint Chapter 11 Plan of*

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: White Star Petroleum Holdings, LLC (0575) ("WSTR Holdings"), White Star Petroleum, LLC (0977) ("WSTR"), White Star Petroleum II, LLC (4347) ("WSTR II"), White Star Petroleum Operating, LLC (5387) ("WSTR Operating") and WSP Finance Corporation (9152) ("WSP Finance" and together with WSTR Holdings, WSTR, WSTR II and WSTR Operating, the "Debtors").

{S592141;}

*Liquidation of White Star Petroleum Holdings, LLC and Its Debtor Affiliates* [Doc. 945] (the "Plan"), seeking entry of a final decree (this "Final Decree") closing the jointly administered bankruptcy cases of the Debtors pursuant to sections 105(a) and 350(a) of title 11 of the United States Code, (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and rule 81.4(a) of the Local Civil Rules of the United States District Court for the Western District of Oklahoma; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and that the response deadline to the Motion expired on October 18, 2021; and any objections to the Motion having been withdrawn or overruled; and this Court finding that proper and adequate notice of the Motion and the relief requested therein has been provided; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Chapter 11 cases of White Star Petroleum Holdings, LLC (Case No. 19-12521), White Star Petroleum, LLC (Case No. 19-12522), White Star Petroleum II, LLC (Case No. 19-12523), White Star Petroleum Operating, LLC (Case No. 19-12524) and WSP Finance Corporation (Case No. 19-12525) (collectively, the "Chapter 11 Cases") are closed pursuant to sections 105(a) and 350(a) of the Bankruptcy Code and rule 3022 of the Bankruptcy

Rules, and a final decree is granted for the Chapter 11 Cases, effective as of the date of entry of this Final Decree.

3. Kurzman Carson Consultants, LLC ("KCC"), by and through the undersigned counsel, has provided to the Clerk of this Court: a final claims register (the "Final Claims Register") and an electronic media device containing all imaged claims filed in the Chapter 11 Cases. The Plan Administrator has given notice of the Final Claims Register to all parties entitled to receive notice through the Court's ECF system. As a result, this Court orders that KCC is discharged from its duties and responsibilities as claims and noticing agent in these Chapter 11 Cases, including without limitation, the direction that KCC may terminate its database and website for these Chapter 11 Cases.

4. The issuance of this Final Decree shall not be construed as vacating or altering the Plan or the *Findings of Fact, Conclusions of Law and Order Confirming the Joint Chapter 11 Plan of Liquidation of White Star Petroleum Holdings, LLC and its Debtor Affiliates* [Doc. 1152].

5. Pursuant to Article XII of the Plan, the Court shall retain jurisdiction over all adversary proceedings, applications, motions, contested or litigated matters arising out of or relating to the Chapter 11 Cases, including without limitation, the Avoidance Action Adversary identified in the Motion.

6. Findings of fact are based upon representations of counsel.

IT IS SO ORDERED.

###

Approved for Entry:

RPA ASSET MANAGEMENT
SERVICES, LLC, IN ITS CAPACITY AS
PLAN ADMINISTRATOR UNDER THE

{S592141;}    3

JOINT CHAPTER 11 PLAN OF
LIQUIDATION OF WHITE STAR
PETROLEUM HOLDINGS, LLC AND
ITS DEBTOR AFFILIATES

By: */s/ Craig M. Regens*
Craig M. Regens, OBA No. 22894
G. Blaine Schwabe III, OBA No. 8001
GABLEGOTWALS
One Leadership Square, 15th Floor
211 N. Robinson
Oklahoma City, OK 73102
Telephone:    (405) 235-5500
Facsimile:     (405) 235-2875
cregens@gablelaw.com
gschwabe@gablelaw.com

*Counsel for the Plan Administrator*